**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6771**

———————————

WILLIAM JONES,

                                 Petitioner - Appellant,

     versus

HOWARD PAINTER,

                                 Respondent - Appellee,

WARDEN, Huttonsville Correctional Center;
RECORDS DEPARTMENT, Huttonsville Correctional
Center,

                                 Parties-in-interest.

———————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg. W. Craig Broadwater,
District Judge. (CA-99-59-3)

———————————

Submitted: October 4, 2001        Decided: October 11, 2001

———————————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

William Jones, Appellant Pro Se. Scott E. Johnson, Dawn Ellen
Warfield, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA,
Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Jones v. Painter, No. CA-99-59-3 (N.D.W. Va. filed Apr. 5, 2001; entered Apr. 6, 2001). Jones' motion to proceed in forma pauperis is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2